# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CRIMINAL DOCKET FOR CASE #: 2:10-cr-00115-RBS-FBS-1

Case title: USA v. Algarin
Magistrate judge case number: 2:10-mj-00256

Date Filed: 07/02/2010
Date Terminated: 11/01/2010

Assigned to: Chief District Judge
Rebecca Beach Smith
Referred to: Magistrate Judge F.
Bradford Stillman

### Defendant (1)

**Anthony Algarin**
*TERMINATED: 11/01/2010*
*also known as*
"Rico"
*TERMINATED: 11/01/2010*

represented by **Michael Scott Davis**
Law Office of Michael S. Davis
4445 Corporation Landing
Virginia Beach, VA 23462
(757) 721-6453
Fax: (757) 721-6459
Email: michaelsdavislaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

T.21 USC 846 - Conspiracy to
Distribute and Possess with Intent to
Distribute Cocaine/ T.21 USC 853 -
Criminal Forfeiture
(1)

### Disposition

AMENDED Per Order Filed
12/15/2014: One hundred twenty (120)
months imprisonment; Five (5) years
supervised release; $100.00 special
assessment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

### Disposition

T.21 USC §§ 846 - Conspiracy to
Distribute and Possess with Intent to
Distribute a Controlled Substance.

**Plaintiff**

**USA**                                    represented by   **Kevin M. Comstock**
                                                            United States Attorney's Office
                                                            101 W Main St
                                                            Suite 8000
                                                            Norfolk, VA 23510
                                                            (757) 441-6331
                                                            Fax: (757) 441-6689
                                                            Email: Kevin.Comstock@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Laura Marie Everhart**
                                                            United States Attorney's Office
                                                            101 W Main St
                                                            Suite 8000
                                                            Norfolk, VA 23510
                                                            (757) 441-6331
                                                            Fax: (757) 441-6689
                                                            Email: laura.everhart@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2010 | 1 | CRIMINAL COMPLAINT FILED 6/14/10 as to Anthony Algarin (1). (ldab, ) [2:10-mj-00256] (Entered: 06/15/2010) |
| 06/14/2010 | 2 | CRIMINAL AFFIDAVIT by USA as to Anthony Algarin 1 Criminal Complaint (ldab, ) [2:10-mj-00256] (Entered: 06/15/2010) |
| 06/14/2010 | 3 | Arrest Warrant Issued and Delivered to USM 6/14/10 directed by Magistrate Judge Douglas E. Miller in case as to Anthony Algarin. (ldab, ) [2:10-mj-00256] (Entered: 06/15/2010) |
| 06/17/2010 |  | Arrest of Anthony Algarin (ldab, ) [2:10-mj-00256] (Entered: 06/17/2010) |
| 06/17/2010 |  | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman:(Court Reporter FTR.)Laura Everhart, AUSA appeared on behalf of USA, deft. present in custody.Initial Appearance as to Anthony Algarin held on 6/17/2010, deft. advised of rights, charges & right to counsel, counsel desired, court directed appointment of counsel, Govt. motion for detention, TEMPORARY DETENTION ORDERED.Detention Hearing set for 6/22/2010 02:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. Preliminary Hearing set for 6/22/2010 02:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. Deft. remanded. THIS |

| | | IS A TEXT ONLY ENTRY, A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (ldab, ) [2:10-mj-00256] (Entered: 06/21/2010) |
|---|---|---|
| 06/17/2010 | 5 | Arrest Warrant Returned Executed on 6/17/10 in case as to Anthony Algarin. (ldab, ) [2:10-mj-00256] (Entered: 06/21/2010) |
| 06/17/2010 | 6 | CJA 23 Financial Affidavit by Anthony Algarin (ldab, ) [2:10-mj-00256] (Entered: 06/21/2010) |
| 06/17/2010 | 7 | ORDER OF TEMPORARY DETENTION as to Anthony Algarin, entered and filed in open court 6/17/10. (Signed by Magistrate Judge F. Bradford Stillman) copies mailed on 6/17/10. (ldab, ) [2:10-mj-00256] (Entered: 06/21/2010) |
| 06/18/2010 | | Set/Reset Deadlines/Hearings as to Anthony Algarin: Detention Hearing set for 6/22/10 02:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. Preliminary Hearing set for 6/22/2010 02:30 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. (they, ) [2:10-mj-00256] (Entered: 06/18/2010) |
| 06/22/2010 | 8 | CJA 20: Oral Order appointing Michael Davis as counsel for Anthony Algarin, entered 6/17/10 and filed 6/22/10. (Signed by Magistrate Judge F. Bradford Stillman) original hand delivered to Michael Davis on 6/22/10. (ldab, ) [2:10-mj-00256] (Entered: 06/22/2010) |
| 06/22/2010 | | Minute Entry for proceedings held before Magistrate Judge Tommy E. Miller: (Court Reporter FTR.)Laura Everhart, AUSA appeared on behalf of USA, deft. appeared through Michael Davis, C/A.Detention Hearing as to Anthony Algarin held on 6/22/2010, Preliminary Hearing as to Anthony Algarin held on 6/22/2010, Govt. motion for detention granted, detention ordered, court finds probable cause, deft. held for Grand Jury, deft. remanded. (Court time: 2:30 PM - 3:15 PM) THIS IS A TEXT ONLY ENTRY, A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (ldab, ) [2:10-mj-00256] (Entered: 06/23/2010) |
| 06/22/2010 | 10 | Agreed Discovery Order as to Anthony Algarin, entered and filed 6/22/10. (Signed by Magistrate Judge Tommy E. Miller) copies mailed on 6/23/10. (ldab, ) [2:10-mj-00256] (Entered: 06/23/2010) |
| 06/23/2010 | 11 | ORDER OF DETENTION as to Anthony Algarin, entered and filed 6/23/10. (Signed by Magistrate Judge Tommy E. Miller) copies mailed on 6/23/10. (ldab, ) [2:10-mj-00256] (Entered: 06/23/2010) |
| 07/02/2010 | 12 | CRIMINAL INFORMATION FILED 7/02/10 as to Anthony Algarin (1) count (s) 1. (ldab, ) (Entered: 07/02/2010) |
| 07/02/2010 | | Set Hearings as to Anthony Algarin: Plea Agreement Hearing set for 7/6/2010 12:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Douglas E. Miller. (cdod) (Entered: 07/02/2010) |
| 07/02/2010 | 19 | ORDER as to Anthony Algarin authorizing a U.S. Magistrate Judge, with the consent of the defendant, to conduct the guilty plea proceedings. Signed by District Judge Rebecca Beach Smith on 7/2/10. (arou) (Entered: 07/06/2010) |
| 07/06/2010 | 13 | |

| | | Waiver of Right to Rule 11(Consent) before a U.S. District Judge by Anthony Algarin, filed in open Court. (mnew) (Entered: 07/06/2010) |
|---|---|---|
| 07/06/2010 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: Initial Appearance as to Anthony Algarin held on 7/6/2010. USA appeared through: Laura Everhart, AUSA. Dft. present in custody appeared through: Michael S. Davis. (Court Reporter Jody Stewart, OCR.) (mnew) (Entered: 07/06/2010) |
| 07/06/2010 | 14 | Waiver of Indictment by Anthony Algarin, filed in open Court. (mnew) (Entered: 07/06/2010) |
| 07/06/2010 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: Plea Agreement Hearing as to Anthony Algarin held on 7/6/2010. USA appeared through: Laura Everhart, AUSA. Dft. present in custody appeared through: Michael S. Davis, c.a. Came on re Plea to a Criminal Information. Dft. sworn. Court fully advised dft. re proceedings and his rights & dft. acknowledged he understood. Court explained charge & maximum penalty. Dft. plead guilty. Court explained to dft. that by pleading guilty he waived jury trial and he waived his right of appeal pursuant to the plea agreement. Plea entered by Anthony Algarin (1) Accepted - Guilty Count 1. Sentencing set for 10/29/2010 at 10:00 a.m. in Norfolk Courtroom 1 before District Judge Rebecca Beach Smith. (Court Reporter Jody Stewart, OCR.) (CJA time for Initial Appearance & Plea Hearing: 12:00-12:30). (mnew) THIS IS A TEXT ONLY ENTRY, A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (Entered: 07/06/2010) |
| 07/06/2010 | 15 | Sentencing Procedures Order as to Anthony Algarin (signed by District Judge Rebecca Beach Smith on 7/6/10) & filed in open Court. (mnew) (Entered: 07/06/2010) |
| 07/06/2010 | 17 | Plea Agreement as to Anthony Algarin, filed in open Court. (mnew) (Entered: 07/06/2010) |
| 07/06/2010 | 18 | Statement of Facts as to Anthony Algarin, filed in open Court. (mnew) (Entered: 07/06/2010) |
| 07/06/2010 | 20 | ORDER Accepting Plea of Guilty as to Anthony Algarin. Signed by District Judge Rebecca Beach Smith on 7/6/10. (arou) (Entered: 07/06/2010) |
| 07/09/2010 | 21 | Transportation Order as to Anthony Algarin. Signed by Magistrate Judge Douglas E. Miller on 7/9/10. (arou) (Entered: 07/12/2010) |
| 10/01/2010 | 22 | Position on Sentencing by USA as to Anthony Algarin (Everhart, Laura) (Entered: 10/01/2010) |
| 10/04/2010 | 23 | Reply by Anthony Algarin (Davis, Michael) (Entered: 10/04/2010) |
| 10/13/2010 | 24 | Position on Sentencing by Anthony Algarin (Davis, Michael) (Entered: 10/13/2010) |
| 10/29/2010 | | SENTENCING held before District Judge Rebecca Beach Smith: Gloria Smith, OCR. Laura Everhart, AUSA, and Michael Davis, c/a counsel, present; defendant present in custody. Sentencing held on 10/29/2010 for Anthony |

| | | |
|---|---|---|
| | | Algarin (1). The court adjudged defendant guilty of count 1 of the criminal information. Count 1: One hundred thirty-five (135) months imprisonment, with court recommendations; Five (5) years supervised release; $100.00 special assessment. Defendant remanded to custody of USM. Court Hours: 10:00 a.m. - 10:30 a.m. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (sche) (Entered: 10/29/2010) |
| 11/01/2010 | 26 | JUDGMENT as to Anthony Algarin (1), Count 1: One hundred thirty-five (135) months imprisonment; Five (5) years supervised release; $100.00 special assessment. Signed by District Judge Rebecca Beach Smith on 10/29/2010 and filed on 11/1/2010. (bnew) (Entered: 11/01/2010) |
| 04/05/2012 | 27 | Letter from defendant (Attachments: # 1 response from Clerk's Office)(tjoh, ) (Attachment 1 replaced on 4/5/2012) (tjoh, ). (Entered: 04/05/2012) |
| 10/31/2014 | 28 | MOTION to Reduce Sentence - USSC Amendment by Anthony Algarin. (rsim, ) (Entered: 11/03/2014) |
| 11/13/2014 | 29 | ORDER TO RESPOND re USSC Amendment for Anthony Algarin (1) Count 1. Signed by Chief District Judge Rebecca Beach Smith and filed on 11/13/2014. Copies disbursed as directed. (rsim, ) (Entered: 11/13/2014) |
| 11/14/2014 | 30 | USSC Drug Amendment Presentence Investigation Report (USSC Drug Amendment Presentence Investigation Report) (SEALED - government and defense counsel) as to Anthony Algarin. (snyder, ellen) (Entered: 11/14/2014) |
| 11/14/2014 | 31 | NOTICE OF ATTORNEY APPEARANCE Kevin M. Comstock appearing for USA. (Comstock, Kevin) (Entered: 11/14/2014) |
| 12/11/2014 | 32 | USSC Drug Amendment Work Sheet (Sealed Document) as to Anthony Algarin (snyder, ellen) (Entered: 12/11/2014) |
| 12/12/2014 | 33 | RESPONSE to Motion by USA as to Anthony Algarin re 28 MOTION to Reduce Sentence - USSC Amendment (Comstock, Kevin) (Entered: 12/12/2014) |
| 12/15/2014 | 34 | ORDER granting 28 Motion to Reduce Sentence - USSC Amendment for 1 as to Anthony Algarin (1). Signed by Chief District Judge Rebecca Beach Smith and filed on 12/15/2014. Copy mailed to defendant on 12/15/2014. (rsim, ) (Entered: 12/15/2014) |
| 07/02/2018 | 35 | Letter to Court from Anthony Algarin (afar) (Entered: 07/03/2018) |
| 07/02/2018 | 36 | Letter to Anthony Algarin (afar) (Entered: 07/03/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/20/2019 15:02:29 | | | |
| PACER Login: | US4733:2654104:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:10-cr-00115-RBS-FBS |

| Billable Pages: | 4 | Cost: | 0.40 |
|---|---|---|---|